FILED

Mar 22 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ anthonye          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21CR3382-AJB |
| Plaintiff, | I N D I C T M E N T<br>**(Superseding)** |
| v. | |
| JAMES CHARLES RIVERA, | Title 21, U.S.C., Secs. 841(a)(1),<br>(b)(1)(E), and 846 – Conspiracy to<br>Distribute Controlled Substances; |
| Defendant. | Title 18, U.S.C., Secs. 1956(h)<br>and 1956(a)(1)(A)(i) – Conspiracy<br>to Launder Monetary Instruments;<br>Title 21, U.S.C., Sec. 853 –<br>Criminal Forfeiture |

The grand jury charges:

Count 1

Beginning on a date unknown to the grand jury, and continuing to and until October 20, 2021, within the Southern District of California and elsewhere, defendant JAMES CHARLES RIVERA, did knowingly and intentionally conspire and agree with other persons, known and unknown to the grand jury, to distribute anabolic steroids, including but not limited to Anadrol, Anavar (Oxandrolone), Choriomon (hCG), Dianabol (Methandrostenolene), Halotestin, Proviron (Mesterolone), Sustanon, Test E (Testosterone), Tiromel, Turinabol (Dehydrochloro-methyltestosterone), Winstrol (Stanozolol), Schedule III Controlled Substances, and masking agents; all in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(E), and 846.

OR:nlv:San Diego:3/22/22

Count 2

Beginning on a date unknown to the grand jury, and continuing to and until October 20, 2021, within the Southern District of California and elsewhere, defendant JAMES CHARLES RIVERA, did knowingly and intentionally conspire and agree with other persons, known and unknown to the grand jury, to conduct financial transactions affecting interstate or foreign commerce that were the proceeds of specified unlawful activities, to wit: conspiracy to manufacture and to distribute controlled substances, manufacture of controlled substances, and distribution of controlled substances, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity and intending to promote the carrying on of the specified unlawful activity; all in violation of Title 18, United States Code, Sections 1956(h) and 1956(a)(1)(A)(i).

FORFEITURE ALLEGATIONS

1.   The allegations contained in Counts 1 and 2 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2.   Upon conviction of the felony offense alleged in Counts 1 and 2 of this indictment, said violation being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendant JAMES CHARLES RIVERA shall forfeit to the United States all defendant's rights, title, and interest in any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of the offense, and any and all property used or intended to be used in

1  any manner or part to commit and to facilitate the commission of the

2  violation alleged in Counts 1 and 2 of this indictment.

3        3.    If any of the above-described forfeitable property, as a

4  result of any act or omission of the defendant:

5            a.    cannot be located upon the exercise of due diligence;

6            b.    has been transferred or sold to, or deposited with, a

7  third party;

8            c.    has been placed beyond the jurisdiction of the Court;

9            d.    has been substantially diminished in value; or

10           e.    has been comingled with other property which cannot be

11 subdivided without difficulty;

12 it is the intent of the United States, pursuant to Title 21, United

13 States Code, Section 853(p), to seek forfeiture of any other property

14 of the defendant up to the value of the property listed above as being

15 subject to forfeiture.

16 All pursuant to Title 21, United States Code, Section 853.

17       DATED:   March 22, 2022.

18

19

20

21 RANDY S. GROSSMAN
   United States Attorney
22

23 By:  _____

24     OWEN ROTH
       Assistant U.S. Attorney
25

26

27

28

3