SENTENCING SUMMARY CHART
[☒ AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]
Sentencing Date:  August 21, 2023

|  |  |
|---|---|
| USPO | _____ |
| AUSA | X |
| DEF | _____ |

Defendant's Name:  James Charles Rivera               Docket No.:  21-CR-3382 AJB

Attorney's Name:  Owen Roth                            Phone No.:  619.546.7710

Guideline Manual Used:  2022 ed.                       Agree with USPO Calcs.   No

Base Offense Level(s):  USSG § 2S1.1(a)(2)*                                    8

Specific Offense Characteristics: USSG § 2B1.1 - Loss Amount                  +14

              USSG § 2S1.1(b)(1), (2) - Knowledge of SUA, 1956    +8

              USSG § 3B1.1(a) - Leader of Organization           +4

Adjusted Offense Level:
☒ Combined (Mult. Counts)    ☐ Career Off.    ☐ Armed Career Crim.            36

Adjustment for Acceptance of Responsibility [☒ Government Motion - USSG §3E1.1(b)]   -3


Total Offense Level:                                                          31

Supervised Release Range (based on Total Offense Level):     2  to  5     years

Fine Range (based on Total Offense Level):   $ 30,000         to $ 300,000**


Criminal History Score:                                                       0

Criminal History Category:                                                    I
       ☐ Career Offender        ☐ Armed Career Criminal

Guideline Range:                                              from  135  mths
(Range limited by:  ☐ minimum mand.    ☐ statutory maximum)     to  168  mths

Departures:
    USSG § 5K2.0 - Appeal & Collateral Attack Waivers                      -3

Resulting Guideline Range: Adjusted Offense Level:     30        from  97  mths
                                          to  121  mths

RECOMMENDATION:     96 months, $200 S/A, 4 years S/R


*The parties' position on the applicable sentencing guidelines is set forth on page 12 of the plea agreement. The plea agreement sets forth offense levels for Count 1 and Count 2, and finds that the final offense level, per the "grouping" rules under Chapter 3, is 30.

**The maximum fine amount for the money laundering count is twice the loss amount.